UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ROBERTO HERNANDEZ,

Defendant.

**ORDER**

14 Cr. 499 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant has filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). Accordingly, the Government is directed to respond by **July 27, 2020**.

Copies mailed by Chambers.

Dated: New York, New York
July 17, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge